UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
TYRELL MICHAEL GARCIA and DOROTHY GARCIA,

                                                     Index No. 07 CIV 10441

   -vs-                                                (Judge Griesa)

NEW YORK CITY, DETECTIVE SEAN WARD of the 105th precinct, ET. AL.,
-------------------------------------------------------------------x

STATE OF    NEW YORK    )
COUNTY OF  NEW YORK    )   ss.

Undersigned deponent, being duly sworn deposes and says that said deponent is not a party to this action, is over the age of eighteen years and resides in the State of New York. Deponent served the within process as follows:

**PROCESS SERVED:** SUMMONS, JURY TRIAL DEMAND, COMPLAINT
**PARTY SERVED:** NEW YORK CITY c/o CORPORATION COUNSEL

**LOCATION OF SERVICE:**    100 Church Street, 4th Floor
                                      New York, NY 10007

**PARTY ACCEPTING SERVICE:**    Tameka Mendes-Gammon, clerk
**DATE OF SERVICE:** 11/27/07    **TIME OF SERVICE:** 12:07 p.m.

An approximate description of the person served with process listed herein:

**SEX:** F  **SKIN COLOR:** Black    **HAIR:** Black    **AGE:** 27    **HEIGHT:** 5'6"
**WEIGHT:** 130    **OTHER FEATURES:**

Deponent further states that the within process was served in the following manner:

By delivering to and leaving with the above named person who is the authorized agent of said Government Agency.

_____
ERIC AVERBACH
NYC Lic. #918927

SWORN TO BEFORE ME ON    11/30/07