UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

TYRELL MICHAEL GARCIA and DOROTHY GARCIA,

                                        Plaintiffs,

-against-

NEW YORK CITY, DETECTIVE SEAN WARD of the 105th precinct and UNIDENTIFIED POLICE OFFICER,

                                        Defendants.
------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

07 CV 10441 (TPG)

      **PLEASE TAKE NOTICE** that **Craig Hanlon**, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendant City of New York, effective December 10, 2007.

Dated: New York, New York
       December 11, 2007

                                    MICHAEL A. CARDOZO
                                    Corporation Counsel, City of New York
                                    Attorney for Defendant City of New York
                                    100 Church Street, Room 3-198
                                    New York, New York 10007
                                    (212) 788-1580

                                    By: _____
                                    Craig Hanlon (CH 5679)
                                    Assistant Corporation Counsel
                                    Special Federal Litigation Division

To:    Fred Lichtmacher, Esq. (Via Fax)
        Attorney for Plaintiffs
        Empire State Building
        350 5th Avenue, Suite 7116
        New York, NY 10118

Index No. 07 CV 10441 (TPG)

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| TYRELL MICHAEL GARCIA and DOROTHY GARCIA,<br><br>                                                                Plaintiffs,<br><br>-against-<br><br>NEW YORK CITY, DETECTIVE SEAN WARD of the 105th precinct and UNIDENTIFIED POLICE OFFICER,<br><br>                                                                Defendants. |
| **NOTICE OF APPEARANCE** |
| *MICHAEL A. CARDOZO*<br>*Corporation Counsel of the City of New York*<br>*Attorney for Defendant*<br><br>*100 Church Street*<br>*New York, N.Y. 10007*<br>*Of Counsel: Craig Hanlon*<br><br>*Tel: (212) 788-1580*<br>*NYCLIS No.* |
| *Due and timely service is hereby admitted.*<br><br>*New York, N.Y. ................................................. ,2007*<br><br>*............................................................................... Esq.*<br><br>*Attorney for City of New York* |