NM





MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

CRAIG HANLON
*Assistant Corporation Counsel*
Tel.: (212) 788-1580
Fax: (212) 788-9776

**MEMO ENDORSED**

December 10, 2007

**BY HAND**
The Honorable Thomas P. Griesa
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/07

Re: Garcia, et al. v. City of New York, et al., 07 CV 10441 (RJS)

Your Honor:

    I am the Assistant Corporation Counsel assigned to the defense of this matter on behalf of the City of New York. In their complaint, plaintiffs Tyrell Michael Garcia and Dorothy Garcia allege that New York City Police Officers unlawfully entered their home and assaulted them. Defendant requests that its time to answer, move or otherwise respond to the complaint be extended from the current due date of December 17, 2007 to February 18, 2008.[1] We contacted plaintiffs' counsel and he consents to this request.

    There are several reasons for seeking an enlargement of time. In accordance with this office's obligations under Rule 11 of the Federal Rules of Civil Procedure, we need this additional time to investigate the allegations of the complaint. Since plaintiffs have alleged injuries as a result of the events complained of, this office is in the process of forwarding to plaintiff for execution a consent and authorization for the release of medical records, limited, at this juncture, to medical records concerning treatment received as a result of the alleged incident, so that defendants can properly assess the case and respond to the complaint.

---

[1] Upon information and belief, the individual identified in the caption of the complaint as Detective Sean Ward has been served with a copy of the summons and complaint. However, as of this date, no request for representation has been received with respect to him. Without appearing on his behalf, it is respectfully requested that the same extension be granted to him in order to ensure that his defenses are not jeopardized while representation issues are being decided.

*Approved.*
*Thomas P. Griesa (USDJ) 12/12/07*

- 2 -

    No previous request for an extension has been made by defendant. Thank you for your consideration of this request.

Respectfully submitted,

Craig Hanlon (CH 5679)
Assistant Corporation Counsel
Special Federal Litigation Division

CC:   Fred Lichtmacher, Esq. (Via Fax)
       Attorney for Plaintiffs
       Empire State Building
       350 5th Avenue, Suite 7116
       New York, NY 10118