UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x

TYRELL MICHAEL GARCIA and DOROTHY GARCIA,

                                   Plaintiffs,

-against-

NEW YORK CITY, DETECTIVE SEAN WARD of the 105th
precinct and UNIDENTIFIED POLICE OFFICER,

                                   Defendants.
-------------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

07 CV 11046 (TPG)(JCF)

      **PLEASE TAKE NOTICE** that **Afsaan Saleem**, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendants City of New York, effective January 9, 2008.

Dated: New York, New York
        January 9, 2008

                                              MICHAEL A. CARDOZO
                                              Corporation Counsel, City of New York
                                              Attorney for Defendant City of New York
                                              100 Church Street, Room 3-192
                                              New York, New York 10007
                                              (212) 788-9580

                                              By: _____/s/_____
                                                  Afsaan Saleem (AS 2012)
                                                  Assistant Corporation Counsel
                                                  Special Federal Litigation Division

CC:    Fred Lichtmacher, Esq.
         Attorney for Plaintiff
         Empire State Building
         350 5th Avenue, Suite 7116
         New York, NY 10118

Index No.   07 CV 11046 (TPG)(JCF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYRELL MICHAEL GARCIA and DOROTHY GARCIA,

                           Plaintiffs,

              -against-

NEW YORK CITY, DETECTIVE SEAN WARD of the 105th precinct and UNIDENTIFIED POLICE OFFICER,

                          Defendants.

**NOTICE OF APPEARANCE**

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorney for Defendants*

*100 Church Street*
*New York, N.Y.  10007*
*Of Counsel: Afsaan Saleem*

*Tel:  (212) 788-9580*
*NYCLIS No.*

*Due and timely service is hereby admitted.*

*New York, N.Y.  ..................................................,2007*

*.............................................................................Esq.*

*Attorney for City of New York*