UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X
TYRELL MICHAEL GARCIA and        07-cv-10441-TPG
DOROTHY GARCIA
              Plaintiffs,     **STIPULATION TO AMEND**
                                       **THE COMPLAINT**

    -against-

NEW YORK CITY,
DETECTIVE SEAN WARD of the 105th precinct
and UNIDENTIFIED POLICE OFFICER.
                                                  **JURY TRIAL DEMANDED**

              Defendant(s).
---------------------------------------------------X

IT IS HEREBY STIPULATED TO BY AND BETWEEN THE PARTIES, that the plaintiff in the above-entitled matter shall be allowed to file and serve his "Amended Complaint" dated February 19, 2008, addition a cause of action for malicious prosecution.It is also agreed that by signing this Stipulation to Amend the defendants waive none of their rights or defenses, including but not limited to not waving their right to assert the defense of the statute of limitations.

    Plaintiff agrees to allow the defendants 30 days to answer the amended complaint from the date of service of the complaint.

Dated: February 19, 2008
       New York, New York

_____
Fred Lichtmacher (FL-5341)
Attorney for Plaintiff
The Empire State Building
350 5th Avenue Suite 7116
New York, New York 10118
(212) 922-9066
Fax # (212) 922-9077

Dated: 2/19/08
New York, New York

_____
by Afsaan Saleem ( AS 2012 )
Corporation Counsel
100 Church Street
New York, New York 10007
(212) 788-9580
Fax # (212) 788-9776

SO ORDERED
_____
Thomas P. Griesa
U.S.D.J
2/26/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/08