2127884123          Apr 17 08 04:39p                                                              p.2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
TYRELL MICHAEL GARCIA and                    07-cv-10441-TPG
DOROTHY GARCIA
                        Plaintiffs,          **STIPULATION TO AMEND
                                             THE COMPLAINT**

    -against-

NEW YORK CITY,
DETECTIVE SEAN WARD of the 105th precinct
and UNIDENTIFIED POLICE OFFICER.
                                             **JURY TRIAL DEMANDED**

                        Defendant(s).
-------------------------------------------------X

IT IS HEREBY STIPULATED TO BY AND BETWEEN THE PARTIES, that the plaintiffs in the above-entitled matter shall be allowed to file and serve their "Second Amended Complaint" dated April 12, 2008, adding defendant DETECTIVE GEORGE GELADO. It is also agreed that by signing this Stipulation to Amend the defendants waive none of their rights or defenses, including but not limited to not waiving their right to assert the defense of the statute of limitations.

Plaintiffs agree to allow the defendants 30 days to answer the Second Amended Complaint from the date of service of the complaint.

Dated: April 17, 2008                        Dated: 4/21/08
       New York, New York                           New York, New York

_____                    _____
Fred Lichtmacher (FL-5341)                   by Afsaan Saleem ( AS - 2012 )
Attorney for Plaintiff                       Corporation Counsel
The Empire State Building                    100 Church Street
350 5th Avenue Suite 7116                    New York, New York 10007
New York, New York 10118                     (212) 788-9580
(212) 922-9066                               Fax # (212) 788-9776
Fax # (212) 922-9077

SO ORDERED
_____
Thomas P. Griesa
U.S.D.J

4/30/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/08