*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF NEW YORK*

---------------------------------------------------------------------------------------x

TYRELL MICHAEL GARCIA and DOROTHY GARCIA,

                                Index No. 07 CV 10441

      -vs-                            (TPG)

NEW YORK CITY, DETECTIVE SEAN WARD of the 105th precinct, ET. AL.,

---------------------------------------------------------------------------------------x

| | | | |
|---|---|---|---|
| STATE OF | NEW YORK | ) | |
| COUNTY OF | NEW YORK | ) | ss. |

Undersigned deponent, being duly sworn deposes and says that said deponent is not a party to this action, is over the age of eighteen years and resides in the State of New York. Deponent served the within process as follows:

**PROCESS SERVED:** SECOND AMENDED SUMMONS, JURY TRIAL DEMAND, SECOND AMENDED COMPLAINT

**PARTY SERVED:** DETECTIVE GEORGE GELADO of the QUEENS FELONY WARRANT SQUAD

**LOCATION OF SERVICE:** 3rd and Ave D, 80-45 Winchester Boulevard Queens Village, NY 11427

**PARTY ACCEPTING SERVICE:** Detective Regan
**DATE OF SERVICE:** 5/19/08    **TIME OF SERVICE:** 2:19 p.m.

An approximate description of the person served with process listed herein:

**SEX:** M    **SKIN COLOR:** White    **HAIR:** Brown    **AGE:** 37    **HEIGHT:** 5'9"
**WEIGHT:** 175    **OTHER FEATURES:** Short hair.

Deponent further states that the within process was served in the following manner:

By delivering to and leaving with a person of suitable age and discretion a true copy of the within named process. Service was made at the address given above which is the usual place of business of the named party.

Service was completed when deponent deposited a copy of the process in an official depository of the US Postal Service, first class postage paid, in a properly addressed envelope bearing the legend 'PERSONAL & CONFIDENTIAL'. Said envelope was sent to the address listed herein and was mailed within twenty-four hours of service.

At the time of service, deponent asked the party accepting process if the defendant was in the military service of this state or nation or any other nation, and he responded in the negative.

_____

ERIC AVERBACH
NYC Lic. #918927

SWORN TO BEFORE ME ON 5/28/08

FRED B. LICHTMACHER
REG. NO. 02LI6017827
NOTARY PUBLIC
COMMISSION EXP. 5/23/
STATE OF NEW YORK