UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

TYRELL MICHAEL GARCIA and
DOROTHY GARCIA

                      Plaintiffs,

   -against-

NEW YORK CITY,
DETECTIVE SEAN WARD of the 105th precinct
and UNIDENTIFIED POLICE OFFICER.

                      Defendant(s).
-------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/08

07-cv-10441-TPG

**STIPULATION TO AMEND THE COMPLAINT**

**JURY TRIAL DEMANDED**

IT IS HEREBY STIPULATED TO BY AND BETWEEN THE PARTIES, that the plaintiffs in the above-entitled matter shall be allowed to file and serve their "Third Amended Complaint" dated May 28, 2008. It is also agreed that by signing this Stipulation to Amend the defendants waive none of their rights or defenses, including but not limited to not waiving their right to assert the defense of the statute of limitations.

Plaintiffs agree to allow the defendants 30 days to answer the Third Amended Complaint from the date of service of the complaint.

Dated: May 28, 2008
       New York, New York

_____
Fred Lichtmacher (FL-5341)
Attorney for Plaintiff
The Empire State Building
350 5th Avenue Suite 7116
New York, New York 10118
(212) 922-9056
Fax # (212) 922-9077

Dated: 6/9/08
       New York, New York

_____
by Afsaan Saleem ( AS 2012 )
Corporation Counsel
100 Church Street
New York, New York 10007
(212) 788-9580
Fax # (212) 788-9776

SO ORDERED
_____
U.S.D.J
6/11/08

Part I