UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TYRELL MICHAEL GARCIA and                    **07-cv-10441-TPG**
DOROTHY GARCIA
                               Plaintiffs,

   -against-

NEW YORK CITY,
DETECTIVE SEAN WARD of the 105th precinct
and UNIDENTIFIED POLICE OFFICER.
                               Defendant(s).
-----------------------------------------------------------X
                      **AFFIRMATION OF SERVICE**
STATE OF NEW YORK    )
                                )
NEW YORK COUNTY    )

        I, FRED LICHTMACHER, being duly sworn deposes and says:
        I am not a party to the action and I am the Attorney for Plaintiffs TYRELL MICHAEL GARCIA and DOROTHY GARCIA. I am over the age of 18 years of age and my office is located in the Empire State Building 350 5th Avenue Suite 7116, New York, New York 10118. On June 12, 2008, I served the within **"THIRD AMENDED SUMMONS AND THIRD AMENDED COMPLAINT"** on Defendant New York City, a party represented by counsel by depositing a true copy thereof, enclosed in a postage-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service, within the State of New York, addressed to each of the following persons at the last known address set forth after each name:

To:    Assistant Corporation Counsel
        Afsaan Saleem
        Attorney for Defendant Sean Ward
        100 Church Street
        New York, NY 10007


            / s /
_____
        FRED LICHTMACHER
        Attorney for Plaintiffs
        The Empire State Building
        350 5th Avenue Suite 7116
        New York, NY 10118
        (212) 922-9066